**Order entered November 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00615-CV

**MARK SCHWARZ, NEWCASTLE MANAGEMENT, L.P., ET AL., Appellants**

**V.**

**STEVEN J. PULLY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-0064-H**

## ORDER

We **GRANT** appellants' October 31, 2014 motion for extension of time to file reply brief and **ORDER** the brief be filed no later than December 17, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ADA BROWN
        JUSTICE